# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00366-CV

**Madeleine Connor, Appellant**

**v.**

**Eric Castro, Nancy Naeve, Gary Sertich, Leah Stewart, and Chuck McCormick, Appellees**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-15-003714, THE HONORABLE WILLIAM C. KIRKENDALL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Madeleine Connor has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed on Appellant's Motion

Filed: September 25, 2020